

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00007-CV

Clevan **MEYERS**,
Appellant

v.

**NEWFIELD EXPLORATION COMPANY**,
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 3725
The Honorable Robert Hoffman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED April 1, 2015.

_____
Jason Pulliam, Justice